OPINION — AG — **** RETIREMENT SYSTEM — MILITARY TECHNICIANS — OPTIONS **** UNDER 74 O.S. 1968 Supp., 917 [74-917](2), THE STATE RETIREMENT SYSTEM MUST ALLOW THOSE TECHNICIANS WHO ARE ELIGIBLE AND SELECT THE OPTION OF A VESTED DEFERRED RETIREMENT BENEFIT, THE FULL AMOUNT OF SAID VESTED DEFERRED BENEFITS AS PROVIDED IN SECTION 915 CITE: 74 O.S. 1968 Supp., 915 [74-915], 74 O.S. 1968 Supp., 923 [74-923] (W. HOWARD O'BRYAN)